RECEIVED
IN LAKE CHARLES, LA.

JAN - 6 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RICKY PADILLA<br>FED. REG. NO. 11398-075 | : | DOCKET NO. 2:09 CV0672 |
| VS. | : | JUDGE MINALDI |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation by the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by the petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Padilla's Motion for Determination of Indigency [rec.doc.1] is **DENIED** and **DISMISSED**.

This court is without jurisdiction to hear this matter. The petitioner should contact the United States Attorney's office in the Western District of Texas and request that they file a petition pursuant to 18 U.S.C. §3573 to have the remaining portion of the fine assessed against him forgiven due to

his indigence.[1]

Lake Charles, Louisiana, this  6  day of December, 2010

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] The petitioner asserts in his objection, that this court has jurisdiction to review his fine pursuant to 28 U.S.C. §2241. However, the habeas statute is an incorrect vehicle for a prisoner's challenge to the fine. *Campbell v. United States*, 330 Fed.App'x. 482, 2009 WL 1472217 (5th Cir. 2009).